UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY L. IVISON,

      Plaintiff,                            Case No. 15-cv-11925
                                                  Hon. Matthew F. Leitman

v.

KONDAUR CAPITAL CORP., *et al.*,

      Defendant.
_____/

## **ORDER REQUIRING DEFENDANTS TO FILE RESPONSIVE PLEADING**

On May 8, 2015, Plaintiff Tammy Ivison ("Ivison") filed a complaint against Kondaur Capital Corporation ("Kondaur") challenging the validity of the foreclosure proceedings Kondaur initiated against her. (*See* ECF #1-2 at 7, Pg. ID 19.) This Court issued an Order referring the parties to facilitation on July 28, 2015 with the following instruction: "[T]he parties shall not serve discovery, responses to discovery, or disclosures, and shall not file any motions, responses to motions already filed, or responsive pleadings. Any upcoming court hearings or conferences are adjourned until further notice." (ECF #7 at 2, Pg. ID 60.)

On September 10, 2015, Robert Wright, the facilitator in this case, informed the Court that the parties failed to reach a settlement. (*See* ECF #10 at 1, Pg. ID 71.) In light of the parties' failure to reach a settlement, the Court now orders Kondaur to file its response to Ivison's complaint no later than **October 13, 2015**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 22, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113